# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Blayne Douglas Wayne De Long** | No.  CR-16-00124-001-TUC-JGZ (MSA)<br><br>**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**<br><br>Hugo Castorena Reyna (CJA)<br>Attorney for Defendant |

USM#: 51955-408

On 5/12/2017 the defendant, present with counsel, appeared for sentencing for violating, Title 18, U.S.C. §§113(a)(6) and 1152, Assault Resulting in Serious Bodily Injury, Class C Felony offense, as charged in Count 2 of the Indictment.

The defendant was sentenced to a term of THIRTY-TWO (32) MONTHS imprisonment and upon release, THREE (3) YEARS of supervised release to follow.

On 6/5/2020 the defendant appeared with counsel and the term of supervised released imposed on 5/12/2017 was revoked and the defendant was sentenced to a term of 8 months imprisonment followed by a 28-month term of supervised release.

On 10/27/2020 the United States Probation Office filed a petition to revoke the term of supervised release.

On 1/22/2021 the defendant appeared with counsel and admitted allegation C as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 6/5/2020 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **ELEVEN (11) MONTHS**, with no term of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

//
//
//
//

CR-16-00124-001-TUC-JGZ (MSA)  Page 2 of 2
USA vs. Blayne Douglas Wayne De Long

The defendant previously waived the right to appeal.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Tuesday, February 23, 2021**

    Dated this 24th day of February, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge

CR-16-00124-001-TUC-JGZ (MSA) - De Long